AO 442 (Rev. 01 09 MD 6 09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Maryland

1:19-MJ-75 PAS

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. RDB-16-0106 |
| | ) | |
| | ) | |
| DUWAYNE WOMACK | ) | |
| Defendant | | |

SEALED

## ARREST WARRANT

To      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      DUWAYNE WOMACK

who is accused of an offense or violation based on the following document filed with the court

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows

Date      July 10, 2019

By Deputy Clerk

Address   101 W  Lombard Street
          Baltimore, Md  21201

Felicia C  Cannon, Clerk, U S  District Court
*Name and title of issuing officer*

| Return |
|---|
| This warrant was received on *date*                        , and the person was arrested on *date* |
| at *city and state* |
| Date |
| Arresting officer's signature |
| Printed name and title |

PROB 12
(Rev. 12/13)

**United States District Court**
**for the**
**DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 JUL -9 PM 4: 58

CLERK'S OFFICE
AT BALTIMORE

U.S.A. vs. Duwayne Womack

Docket No.: 0416 1:16CR00106-001

BY———————DEPUTY

**SEALED**
**Petition on Supervised Release**
**Petition #1**
**July 5, 2019**

COMES NOW **Raphael Snyder** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Duwayne Womack** who was placed on supervision for **Violation of Supervised Release (Bank Robbery By Force Or Violence), 18 U.S.C. § 2113(a), a Class C Felony\***, by the Honorable **Richard D. Bennett, U.S. District Judge**, sitting in the court at Baltimore, Maryland, on the **6th** day of **April, 2017**, who sentenced the defendant to **14 months in Bureau of Prisons; 22 months supervised release** , and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

*\*Pursuant to 18 U.S.C. § 3583(e)(3), the maximum penalty upon revocation is two years.*
*Supervision commenced April 9, 2018*

1. The defendant shall satisfactorily participate in a vocational or educational program as directed by the probation officer.
2. The defendant shall make efforts to obtain a GED.
3. The defendant shall satisfactorily participate in a mental health treatment program approved by the probation officer, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
4. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation Number 1**
On 3/26/19 and 4/11/19, Mr. Womack submitted urine specimens which tested positive for the presence of THC. The specimens where confirmed positive at the Alere Labs through GC/MC Confirmation.

The defendant is in violation of Statutory Condition #3 which states: The defendant shall not illegally use or possess a controlled substance.

**Violation Number 2**
Since 4/11/19, Mr. Womack has failed to attend any mental health and substance abuse treatment sessions at the Eva Life Giver Program.

The defendant is in violation of the Special Condition which states: The defendant shall satisfactorily participate in a mental health treatment program approved by the probation officer, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.

The defendant is in violation of the Special Condition which states: The defendant shall satisfactorily participate in a

Re: Womack, Duwayne
Dkt. #: 0416 1:16CR00106-001
Petition #: 1
Page: 2

treatment program approved by the probation officer relating to substance abuse and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.

**Violation Number 3**
On 6/14/19, Mr. Womack failed to report as directed by his probation officer. Additionally, the offender has failed to respond to any directives made by his probation officer.

The defendant is in violation of Standard Condition #2 which states: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

**Violation Number 4**
Mr. Womack has failed to notify his probation officer of his place of residence. Mr. Womack's current whereabouts are unknown at this time.

The defendant is in violation of Standard Condition #6 which states: The defendant shall notify the probation officer ten days prior to any change of residence or employment.

**Violation Number 5**
Mr. Womack has failed to obtain and maintain employment while under supervision.

The defendant is in violation of Standard Condition #5 which states: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

        PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of Duwayne Womack for alleged violation(s) of Supervised Release. This document shall be sealed until the defendant's initial court appearance.

ORDER OF COURT
        Considered and ordered as prayed this____9th____day
of__July__, 2019 and ordered filed and made a part of the records in the above case.

_____
Richard D. Bennett
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct,

_____
Raphael Snyder, Senior U.S. Probation Officer

Date:   7/5/2019

Reviewed and Approved By:

_____
Jason Hyde, Supervising U.S. Probation Officer

Date:   _____7/5/2019_____

Place:   Baltimore, Maryland